COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JEFFREY M. KABAN (235743)
(jkaban@cooley.com)
RITESH K. SRIVASTAVA (246477)
(rsrivastava@cooley.com)
JACQUELINE B. KORT (284370)
(jkort@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Counsel for Defendants,
Affymax, Inc., John A. Orwin, Robert F.
Venteicher,  Jeffrey H. Knapp, Anne-Marie
Duliege,  Herb Cross, Kathleen Laporte,  Ted
W. Love, Daniel K. Spiegelman,  John P.
Walker, Christine Van Heek, Keith R. Leonard,
Jr., And Hollings C. Renton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MISIALEK, Derivatively On Behalf Of AFFYMAX, INC. | Case No.  5:13-cv-03832-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY ACTION** |
| v. | |
| JOHN A. ORWIN,ROBERT F. VENTEICHER,JEFFREY H. KNAPP, ANNE-MARIE DULIEGE,HERB CROSS, KATHLEEN LAPORTE,TEDW.LOVE, DANIEL K. SPIEGELMAN, JOHN P. WALKER, CHRISTINE VAN HEEK, KEITH R. LEONARD, JR., and HOLLINGS C. RENTON, | Judge:  Hon. Lucy H. Koh |
| Defendants, | |
| -and- | |
| AFFYMAX, INC., a Delaware corporation, | |
| Nominal Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**STIPULATION AND [PROPOSED]**
**ORDER TO STAY ACTION**
**13-cv-03832**

1   WHEREAS, on August 19, 2013, Plaintiff Chris Misialek filed the Shareholder Derivative

2   Complaint for Contribution, Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust

3   Enrichment (the "Complaint") asserting claims derivatively on behalf of nominal defendant

4   Affymax, Inc. ("Affymax" or the "Company") against certain officers and directors of the

5   Company;

6   WHEREAS, counsel for nominal defendant Affymax and the individual defendants John

7   A. Orwin, Robert F. Venteicher, Jeffrey H. Knapp, Anne-Marie Duliege, Herb Cross, Kathleen

8   Laporte, Ted W. Love, Daniel K. Spiegelman, John P. Walker, Christine Van Heek, Keith R.

9   Leonard, Jr., and Hollings C. Renton (collectively, "Defendants") executed waivers of the service

10  of summons and complaint in this action (the "Federal Derivative Action");

11  WHEREAS, currently, Defendants must answer or otherwise respond to the Complaint on

12  or before October 22, 2013;

13  WHEREAS, there is a securities fraud class action pending before the U.S. District Court

14  for the Northern District of California ("District Court") captioned *Bartelt v. Affymax, Inc.*, *et al.*,

15  Case No. 3:13-cv-01025-WHO (the "Securities Class Action") asserting federal claims arising

16  from facts common to this action;

17  WHEREAS, defendants in the Securities Class Action filed a motion to dismiss the

18  securities fraud class action complaint on September 20, 2013;

19  WHEREAS, a related shareholder derivative action styled *In re Affymax, Inc. Shareholder*

20  *Derivative Litigation*, Lead Case No. 113CV24359, is pending before the Superior Court of the

21  State of California, County of Santa Clara (the "State Derivative Action");

22  WHEREAS, the State Derivative Action has been stayed pending the entry of an order

23  finally disposing the motion to dismiss in the Securities Class Action;

24  WHEREAS, without waiving any rights or positions of any party, a ruling on the motion

25  to dismiss in the Securities Class Action could affect the resolution of this Federal Derivative

26  Action;

27  WHEREAS, if this Federal Derivative Action is not stayed, Defendants intend to file

28  motions based on Plaintiff's failure to make a "demand" and other issues which would be time

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND [PROPOSED]
ORDER TO STAY ACTION
13-CV-03832

1  consuming for the parties and the Court and Plaintiff intends to file oppositions to any such

2  motions; and

3      WHEREAS, the parties have met and conferred and have reached agreement that a stay of

4  this Federal Derivative Action is warranted based on the facts and circumstances and

5  considerations of judicial economy and efficiency, as set forth below.

6      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among

7  the undersigned counsel for the parties, that:

8      1.      This Derivative Action is stayed until the earlier of the following occurs: (a) after

9  an order is entered in the defendants' motion to dismiss in the Securities Class Action; or (b) the

10  defendants file an answer in the Securities Class Action;

11      2.      Defendants need not answer, move or otherwise respond to the Complaint while

12  the stay is in place.  Upon expiration of the stay, the parties to this Federal Derivative Action shall

13  meet and confer regarding whether the stay should remain in place or should be lifted, and shall

14  present agreement, or their respective views, to the Court.  Upon expiration of this stay, no

15  defendant shall have to respond to the Complaint until a new response date is set and/or approved

16  by the Court;

17      3.      This Stipulation shall not preclude or prevent the parties from stipulating to, or

18  filing a motion seeking a court order lifting, modifying or extending the terms of this Stipulation

19  upon a showing of good cause.

20      **IT IS SO STIPULATED.**

21  DATED: October 9, 2013                    **FINKELSTEIN THOMPSON LLP**

22
                                           By:   /s/  *Rosemary M. Rivas*
23                                                  Rosemary M. Rivas

24                                         Rosemary M. Rivas (209147)
25                                         505 Montgomery Street, Suite 300
                                           San Francisco, CA 94111
26                                         Telephone: (415) 398-8700
                                           Facsimile (415) 398-8704
27                                         rrivas@finkelsteinthompson.com

28

Cooley LLP
Attorneys At Law
Palo Alto

2.

Stipulation and [Proposed]
Order to Stay Action
13-cv-03832

1
2
3
4
5
6
7

L. Kendall Satterfield
Michael G. McLellan
Elizabeth R. Makris
James Place
1077 30th Street, NW, Suite 150
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
ksatterfield@finkelsteinthompson
mmclellan@finkelsteinthompson
emakris@finkelsteinthompson
jplace@finkelsteinthompson

8      Counsel for Plaintiff, *Chris Misialek*

9

10     DATED: October 9, 2013          COOLEY LLP

11                                     By:  /s/ *Jeffrey M. Kaban*
                                            Jeffrey M. Kaban
12

13                                     John C. Dwyer (136533)
                                       (dwyerjc@cooley.com)
14                                     Jeffrey M. Kaban (235743)
                                       (jkaban@cooley.com)
15                                     Ritesh K. Srivastava (246477)
                                       (rsrivastava@cooley.com)
16                                     Jacqueline B. Kort (284370)
                                       (jkort@cooley.com)
17                                     Five Palo Alto Square
                                       3000 El Camino Real
18                                     Palo Alto, CA  94306-2155
                                       Telephone:   (650) 843-5000
19                                     Facsimile:   (650) 849-7400

20                                     Counsel for Defendants,
                                       *Affymax, Inc., John A. Orwin, Robert F.*
21                                     *Venteicher,  Jeffrey H. Knapp, Anne-Marie*
                                       *Duliege,  Herb Cross, Kathleen Laporte,  Ted W.*
22                                     *Love, Daniel K. Spiegelman,  John P. Walker,*
                                       *Christine Van Heek, Keith R. Leonard, Jr., and*
23                                     *Hollings C. Renton*

24

25

26

27

28

Cooley LLP
Attorneys At Law
Palo Alto

3.

Stipulation and [Proposed]
Order to Stay Action
13-cv-03832

1

2                **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

3          In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

4    document has been obtained from the signatory.

5    Dated:  October 9, 2013                    COOLEY LLP

6
                                                  /s/ *Jeffrey M. Kaban*
7                                                Jeffrey M. Kaban (235743)

8                                                Attorneys for Defendants
                                                 *Affymax, Inc., John A. Orwin, Robert F.*
9                                                *Venteicher,  Jeffrey H. Knapp, Anne-Marie*
                                                 *Duliege,  Herb Cross, Kathleen Laporte,  Ted W.*
10                                               *Love, Daniel K. Spiegelman,  John P. Walker,*
                                                 *Christine Van Heek, Keith R. Leonard, Jr., and*
11                                               *Hollings C. Renton*

12
                                                      *   *   *
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PURUSANT TO THE STIPULATION, IT IS SO ORDERED.**

2

3

DATED: _____          _____

4                                                              The Honorable Lucy H. Koh
                                                              United States District Judge
5

1170380 v4/HN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.

STIPULATION AND [PROPOSED]
ORDER TO STAY ACTION
13-CV-03832