COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JEFFREY M. KABAN (235743)
(jkaban@cooley.com)
RITESH K. SRIVASTAVA (246477)
(rsrivastava@cooley.com)
JACQUELINE B. KORT (284370)
(jkort@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Counsel for Defendants,
Affymax, Inc., John A. Orwin, Robert F.
Venteicher,  Jeffrey H. Knapp, Anne-Marie
Duliege,  Herb Cross, Kathleen Laporte,  Ted
W. Love, Daniel K. Spiegelman,  John P.
Walker, Christine Van Heek, Keith R. Leonard,
Jr., And Hollings C. Renton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MISIALEK, Derivatively On Behalf Of AFFYMAX, INC. | Case No.  3:13-cv-03832-WHO |
| Plaintiff, | **STIPULATION AND ORDER TO STAY ACTION** |
| v. | |
| JOHN A. ORWIN,ROBERT F. VENTEICHER,JEFFREY H. KNAPP, ANNE-MARIE DULIEGE,HERB CROSS, KATHLEEN LAPORTE,TEDW.LOVE, DANIEL K. SPIEGELMAN, JOHN P. WALKER, CHRISTINE VAN HEEK, KEITH R. LEONARD, JR., and HOLLINGS C. RENTON, | Judge:  Hon. William H. Orrick |
| Defendants, | |
| -and- | |
| AFFYMAX, INC., a Delaware corporation, | |
| Nominal Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND
ORDER TO STAY ACTION
13-cv-03832

1    WHEREAS, on August 19, 2013, Plaintiff Chris Misialek filed the Shareholder Derivative

2    Complaint for Contribution, Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust

3    Enrichment (the "Complaint") asserting claims derivatively on behalf of nominal defendant

4    Affymax, Inc. ("Affymax" or the "Company") against certain officers and directors of the

5    Company;

6    WHEREAS, counsel for nominal defendant Affymax and the individual defendants John

7    A. Orwin, Robert F. Venteicher, Jeffrey H. Knapp, Anne-Marie Duliege, Herb Cross, Kathleen

8    Laporte, Ted W. Love, Daniel K. Spiegelman, John P. Walker, Christine Van Heek, Keith R.

9    Leonard, Jr., and Hollings C. Renton (collectively, "Defendants") executed waivers of the service

10   of summons and complaint in this action (the "Federal Derivative Action");

11   WHEREAS, currently, Defendants must answer or otherwise respond to the Complaint on

12   or before October 22, 2013;

13   WHEREAS, there is a securities fraud class action pending before the U.S. District Court

14   for the Northern District of California ("District Court") captioned *Bartelt v. Affymax, Inc.*, *et al.*,

15   Case No. 3:13-cv-01025-WHO (the "Securities Class Action") asserting federal claims arising

16   from facts common to this action;

17   WHEREAS, defendants in the Securities Class Action filed a motion to dismiss the

18   securities fraud class action complaint on September 20, 2013;

19   WHEREAS, a related shareholder derivative action styled *In re Affymax, Inc. Shareholder*

20   *Derivative Litigation*, Lead Case No. 113CV24359, is pending before the Superior Court of the

21   State of California, County of Santa Clara (the "State Derivative Action");

22   WHEREAS, the State Derivative Action has been stayed pending the entry of an order

23   finally disposing the motion to dismiss in the Securities Class Action;

24   WHEREAS, without waiving any rights or positions of any party, a ruling on the motion

25   to dismiss in the Securities Class Action could affect the resolution of this Federal Derivative

26   Action;

27   WHEREAS, if this Federal Derivative Action is not stayed, Defendants intend to file

28   motions based on Plaintiff's failure to make a "demand" and other issues which would be time

1  consuming for the parties and the Court and Plaintiff intends to file oppositions to any such

2  motions; and

3       WHEREAS, the parties have met and conferred and have reached agreement that a stay of

4  this Federal Derivative Action is warranted based on the facts and circumstances and

5  considerations of judicial economy and efficiency, as set forth below.

6       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among

7  the undersigned counsel for the parties, that:

8       1.     This Derivative Action is stayed until the earlier of the following occurs: (a) after

9  an order is entered in the defendants' motion to dismiss in the Securities Class Action; or (b) the

10  defendants file an answer in the Securities Class Action;

11      2.     Defendants need not answer, move or otherwise respond to the Complaint while

12  the stay is in place.  Upon expiration of the stay, the parties to this Federal Derivative Action shall

13  meet and confer regarding whether the stay should remain in place or should be lifted, and shall

14  present agreement, or their respective views, to the Court.  Upon expiration of this stay, no

15  defendant shall have to respond to the Complaint until a new response date is set and/or approved

16  by the Court;

17      3.     This Stipulation shall not preclude or prevent the parties from stipulating to, or

18  filing a motion seeking a court order lifting, modifying or extending the terms of this Stipulation

19  upon a showing of good cause.

20      **IT IS SO STIPULATED.**

21  DATED: October 9, 2013          **FINKELSTEIN THOMPSON LLP**

22                                  By:   /s/ *Rosemary M. Rivas*

23                                          Rosemary M. Rivas

24                                  Rosemary M. Rivas (209147)
                                    505 Montgomery Street, Suite 300
25                                  San Francisco, CA 94111
                                    Telephone: (415) 398-8700
26                                  Facsimile (415) 398-8704
                                    rrivas@finkelsteinthompson.com
27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND
ORDER TO STAY ACTION
13-cv-03832

1                                      L. Kendall Satterfield
                                  Michael G. McLellan

2                                      Elizabeth R. Makris
                                  James Place

3                                      1077 30th Street, NW, Suite 150
                                  Washington, D.C. 20007

4                                      Telephone: (202) 337-8000
                                  Facsimile: (202) 337-8090

5                                      ksatterfield@finkelsteinthompson
                                  mmclellan@finkelsteinthompson

6                                      emakris@finkelsteinthompson
                                  jplace@finkelsteinthompson

7

8                                      Counsel for Plaintiff, *Chris Misialek*

9

10   DATED: October 9, 2013                 COOLEY LLP

11                                     By:  /s/ *Jeffrey M. Kaban*
                                            Jeffrey M. Kaban

12

13                                     John C. Dwyer (136533)
                                  (dwyerjc@cooley.com)

14                                     Jeffrey M. Kaban (235743)
                                  (jkaban@cooley.com)

15                                     Ritesh K. Srivastava (246477)
                                  (rsrivastava@cooley.com)

16                                     Jacqueline B. Kort (284370)
                                  (jkort@cooley.com)

17                                     Five Palo Alto Square
                                  3000 El Camino Real

18                                     Palo Alto, CA  94306-2155
                                  Telephone:   (650) 843-5000

19                                     Facsimile:    (650) 849-7400

20                                     Counsel for Defendants,
                                  *Affymax, Inc., John A. Orwin, Robert F.*

21                                     *Venteicher, Jeffrey H. Knapp, Anne-Marie*
                                  *Duliege, Herb Cross, Kathleen Laporte, Ted W.*

22                                     *Love, Daniel K. Spiegelman, John P. Walker,*
                                  *Christine Van Heek, Keith R. Leonard, Jr., and*

23                                     *Hollings C. Renton*

24

25

26

27

28

                                        3.                                   **STIPULATION AND**
**ORDER TO STAY ACTION**
**13-cv-03832**

1

2

### <u>ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))</u>

3

      In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

4

document has been obtained from the signatory.

5

Dated:  October 9, 2013               COOLEY LLP

6

7

*/s/ Jeffrey M. Kaban*
Jeffrey M. Kaban (235743)

8

Attorneys for Defendants
*Affymax, Inc., John A. Orwin, Robert F.*

9

*Venteicher,  Jeffrey H. Knapp, Anne-Marie*
*Duliege,  Herb Cross, Kathleen Laporte,  Ted W.*

10

*Love, Daniel K. Spiegelman,  John P. Walker,*
*Christine Van Heek, Keith R. Leonard, Jr., and*

11

*Hollings C. Renton*

12

\*   \*   \*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
Palo Alto

4.

Stipulation and
Order to Stay Action
13-cv-03832

1  **PURUSANT TO THE STIPULATION, IT IS SO ORDERED**

2  WITH THE FOLLOWING MODIFICATION:

3      **Within ten days** of the expiration of the stay, the parties to this Federal Derivative Action

4  shall meet and confer regarding whether the stay should remain in place or should be lifted, and

5  shall present agreement, or their respective views, to the Court **in a document entitled Joint**

6  **Request For Order Regarding Stay And/Or Case Management Conference**.

7

8  DATED: October 21, 2013

9                      The Honorable William H. Orrick
                    United States District Judge

10  1170380 v4/HN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
Palo Alto

5.

Stipulation and
Order to Stay Action
13-cv-03832