COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JEFFREY M. KABAN (235743)
(jkaban@cooley.com)
RITESH K. SRIVASTAVA (246477)
(rsrivastava@cooley.com)
JACQUELINE B. KORT (284370)
(jkort@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Counsel for Defendants,
Affymax, Inc., John A. Orwin, Robert F. Venteicher, Jeffrey H. Knapp, Anne-Marie Duliege, Herb Cross, Kathleen Laporte, Ted W. Love, Daniel K. Spiegelman, John P. Walker, Christine Van Heek, Keith R. Leonard, Jr., and Hollings C. Renton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS MISIALEK, Derivatively On Behalf Of AFFYMAX, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. ORWIN, ROBERT F. VENTEICHER, JEFFREY H. KNAPP, ANNE-MARIE DULIEGE, HERB CROSS, KATHLEEN LAPORTE, TED W. LOVE, DANIEL K. SPIEGELMAN, JOHN P. WALKER, CHRISTINE VAN HEEK, KEITH R. LEONARD, JR., and HOLLINGS C. RENTON,<br><br>Defendants,<br>-and-<br><br>AFFYMAX, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No. 3:13-cv-03832-WHO<br><br>**JOINT REQUEST FOR ORDER REGARDING STAY AND [PROPOSED] ORDER**<br><br>Judge: Hon. William H. Orrick |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT REQUEST FOR ORDER REGARDING STAY
AND [PROPOSED] ORDER
13-CV-03832-WHO

Plaintiff Chris Misialek ("Plaintiff"), by and through his undersigned counsel, and defendants John A. Orwin, Robert F. Venteicher, Jeffrey H. Knapp, Anne-Marie Duliege, Herb Cross, Kathleen Laporte, Ted W. Love, Daniel K. Spiegelman, John P. Walker, Christine Van Heek, Keith R. Leonard, Jr., Hollings C. Renton, and nominal defendant Affymax, Inc. ("Affymax") (collectively, the "Defendants") (Plaintiffs and Defendants are collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 19, 2013, Plaintiff Chris Misialek filed the Shareholder Derivative Complaint for Contribution, Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment (the "Complaint") asserting claims derivatively on behalf of nominal defendant Affymax, Inc. ("Affymax" or the "Company") against certain officers and directors of the Company (the "Federal Derivative Action");

WHEREAS, there is a securities fraud class action pending before the U.S. District Court for the Northern District of California ("District Court") captioned *Bartelt v. Affymax, Inc., et al.*, Case No. 3:13-cv-01025-WHO (the "Securities Class Action") asserting federal claims arising from facts common to this action;

WHEREAS, the damages alleged in the Complaint are, in part, related to the defense costs, potential settlement or potential adverse judgment in the Securities Class Action;

WHEREAS, on October 21, 2013, this Court entered an order staying this Federal Derivative Action until after a ruling on the motion to dismiss in the Securities Class Action (the "Stay Order");

WHEREAS, on January 21, 2014, the District Court entered an order granting in part and denying in part the motion to dismiss in the Securities Class Action (the "Order"). Pursuant to the Order, any amended complaint in the Securities Class Action shall be filed within 30 days of the Order;

WHEREAS, the Parties have met and conferred, consistent with the Stay Order, and have reached agreement that a stay of this Federal Derivative Action is warranted based on the facts and circumstances and considerations of judicial economy and efficiency, as set forth below:

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JOINT REQUEST FOR ORDER REGARDING STAY
AND [PROPOSED] ORDER
13-CV-03832-WHO

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the Parties, that:

1. This Federal Derivative Action is stayed in its entirety. Unless otherwise agreed by the Parties with the consent of the Court, this action shall remain stayed until resolution of the Securities Class Action;

2. Within 20 days of resolution of the Securities Action, the parties to this Federal Derivative Action shall meet and confer regarding whether the stay should remain in place or should be lifted, and shall present agreement, or their respective views, to the Court. Upon resolution of the Securities Action, no defendant shall have to respond to the Complaint until a new response date is set and/or approved by the Court;

3. If discovery proceeds in the Securities Class Action, and subject to entry of any appropriate confidentiality agreement or protective order that may be entered into by the parties in the Securities Class Action, Defendants agree to promptly provide Plaintiff with any and all discovery, formal or informal, that is produced or exchanged in the Securities Class Action. Defendants agree to provide such documents to Plaintiff, in the same form they are produced or exchanged in the Securities Class Action, within three business days of their production or exchange in the Securities Class Action;

4. Prior to a judicial determination that Plaintiff has adequately pleaded demand futility under Delaware law, the Parties agree that, absent a court order, documents and information obtained pursuant to this Stipulation shall not be used to amend Plaintiff's complaint and shall be protected pursuant to Federal Rule of Evidence 408; and

5. This Stipulation shall not preclude or prevent the Parties from stipulating to, or filing a motion seeking a court order lifting, modifying or extending the terms of this Stipulation upon a showing of good cause.

**IT IS SO STIPULATED.**

DATED: January 31, 2014  **FINKELSTEIN THOMPSON LLP**

By: */s/Rosemary M. Rivas*
Rosemary M. Rivas (209147)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT REQUEST FOR ORDER REGARDING STAY
AND [PROPOSED] ORDER
13-CV-03832-WHO

| | |
|---|---|
| | Rosemary M. Rivas (209147) |
| | 505 Montgomery Street, Suite 300 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 398-8700 |
| | Facsimile (415) 398-8704 |
| | rrivas@finkelsteinthompson.com |
| | |
| | L. Kendall Satterfield |
| | Michael G. McLellan |
| | Elizabeth R. Makris |
| | James Place |
| | 1077 30th Street, NW, Suite 150 |
| | Washington, D.C. 20007 |
| | Telephone: (202) 337-8000 |
| | Facsimile: (202) 337-8090 |
| | ksatterfield@finkelsteinthompson |
| | mmclellan@finkelsteinthompson |
| | emakris@finkelsteinthompson |
| | jplace@finkelsteinthompson |
| | |
| | Counsel for Plaintiff, *Chris Misialek* |

DATED: January 31, 2014          COOLEY LLP

By:   /s/Jeffrey M. Kaban
      Jeffrey M. Kaban (235743)

John C. Dwyer (136533)
(dwyerjc@cooley.com)
Jeffrey M. Kaban (235743)
(jkaban@cooley.com)
Ritesh K. Srivastava (246477)
(rsrivastava@cooley.com)
Jacqueline B. Kort (284370)
(jkort@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Counsel for Defendants,
*Affymax, Inc., John A. Orwin, Robert F. Venteicher, Jeffrey H. Knapp, Anne-Marie Duliege, Herb Cross, Kathleen Laporte, Ted W. Love, Daniel K. Spiegelman, John P. Walker, Christine Van Heek, Keith R. Leonard, Jr., and Hollings C. Renton*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

JOINT REQUEST FOR ORDER REGARDING STAY
AND [PROPOSED] ORDER
13-CV-03832-WHO

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this ocument has been obtained from the signatory.

Dated: January 31, 2014

COOLEY LLP

 /s/Jeffrey M. Kaban
Jeffrey M. Kaban (235743)

Attorneys for Defendants
*Affymax, Inc., John A. Orwin, Robert F. Venteicher, Jeffrey H. Knapp, Anne-Marie Duliege, Herb Cross, Kathleen Laporte, Ted W. Love, Daniel K. Spiegelman, John P. Walker, Christine Van Heek, Keith R. Leonard, Jr., and Hollings C. Renton*

\* \* \*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

JOINT REQUEST FOR ORDER REGARDING STAY
AND [PROPOSED] ORDER
13-CV-03832-WHO

**[PROPOSED] ORDER**

1. This Federal Derivative Action is stayed in its entirety. Unless otherwise agreed by the Parties with the consent of the Court, this action shall remain stayed until resolution of the Securities Class Action;

2. Within 20 days of resolution of the Securities Action, the parties to this Federal Derivative Action shall meet and confer regarding whether the stay should remain in place or should be lifted, and shall present agreement, or their respective views, to the Court. Upon resolution of the Securities Action, no defendant shall have to respond to the Complaint until a new response date is set and/or approved by the Court;

3. If discovery proceeds in the Securities Class Action, and subject to entry of any appropriate confidentiality agreement or protective order that may be entered into by the parties in the Securities Class Action, Defendants agree to promptly provide Plaintiff with any and all discovery, formal or informal, that is produced or exchanged in the Securities Class Action. Defendants agree to provide such documents to Plaintiff, in the same form they are produced or exchanged in the Securities Class Action, within three business days of their production or exchange in the Securities Class Action;

4. Prior to a judicial determination that Plaintiff has adequately pleaded demand futility under Delaware law, the Parties agree that, absent a court order, documents and information obtained pursuant to this Stipulation shall not be used to amend Plaintiff's complaint and shall be protected pursuant to Federal Rule of Evidence 408; and

5. This Stipulation shall not preclude or prevent the Parties from stipulating to, or filing a motion seeking a court order lifting, modifying or extending the terms of this Stipulation upon a showing of good cause.

**IT IS SO ORDERED.**

DATED: _____

The Honorable William H. Orrick
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.

JOINT REQUEST FOR ORDER REGARDING STAY
AND [PROPOSED] ORDER
13-CV-03832-WHO