1  Rosemary M. Rivas (209147)
   FINKELSTEIN THOMPSON LLP
2  505 Montgomery Street, Suite 300
   San Francisco, CA 94111
3  Telephone: (415) 398-8700
4  Facsimile (415) 398-8704
   rrivas@finkelsteinthompson.com
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | CHRIS MISIALEK,                | No. c 13-03832 KAW
13 |         Plaintiff,              | **NOTICE OF VOLUNTARY
                                     | DISMISSAL PURSUANT TO
14 |    v.                           | FED. R. CIV. P. 41(a)(1)(A)(i)**
15 | JOHN A. ORWIN, et al,           | Judge: Hon. Howard R. Lloyd
16 |
17 |         Defendants.             |

18

19  **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

20
        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Chris
21
   Misialek, by and through his counsel, hereby gives notice that the above-captioned action is
22
   voluntarily dismissed, without prejudice, against all defendants.
23

24
   DATED: April 24, 2014              **FINKELSTEIN THOMPSON LLP**
25

26                                    By  /s/ Rosemary M. Rivas
                                      Rosemary M. Rivas (209147)
27                                    505 Montgomery Street, Suite 300
                                      San Francisco, CA 94111
28                                    Telephone: (415) 398-8700


NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Facsimile (415) 398-8704
rrivas@finkelsteinthompson.com

L. Kendall Satterfield
Michael G. McLellan
James Place
1077 30th Street, NW, Suite 150
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Counsel for Plaintiff Chris Misialek*