UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS MISIALEK,

    Plaintiff,

  v.

JOHN A. ORWIN, et al.,

    Defendants.

Case No. 13-cv-03832-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 15

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: May 7, 2014



WILLIAM H. ORRICK
United States District Judge